**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| **In re: Willie C. & Canasta Tanzy** | ) | **05 B 18936** |
| | ) | |
| | ) | |
| Debtor(s) | ) | **Judge Black** |

*NOTICE OF WITHDRAWAL OF NOTICE OF PAYMENT OF FINAL
MORTGAGE CURE AMOUNT UNDER PARAGRAPH B.2(b) OF PLAN*

Willie C. & Canasta Tanzy          Gary Corlew
1401 Woodruff Rd.                  815 N. Larkin #107
Joliet, IL 60432                   Joliet, IL 60435

Countrywide Home Loans
PO Box 10219
Van Nuys, CA 91410


     Please take notice that the Notice of Payment of Final Mortgage Cure Amount under Paragraph B.2(b) of Plan that was sent on February 15, 2006 was sent in error.

                                        Glenn Stearns, Trustee;

                                        _____/s/_____
                                         By: Gerald Mylander

*CERTIFICATE OF SERVICE*

     I certify that this office caused a copy of this notice to be delivered to the above listed persons by depositing it in the U.S. Mail on February 23, 2006.

                                        _____/s/_____
                                         By: Jenna Ball for
                                         Glenn Stearns, Trustee


Glenn Stearns, Trustee
4343 Commerce Court
Suite 120
Lisle, IL 60532
(630) 577-1313