```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 05 B 18936
    WILLIE C TANZY
    CANASTA TANZY                          CHAPTER 13

                                           JUDGE: BRUCE W BLACK

        Debtor
    SSN XXX-XX-4419    SSN XXX-XX-8847
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 05/12/05 and confirmed on 10/21/05.

2. The plan is paid in full.

3. The Debtor paid a total of $ 29147.63 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| COUNTRYWIDE HOME LOANS | CURRENT MORTG | .00 | .00 | .00 |
| COUNTRYWIDE HOME LOANS | MORTGAGE ARRE | 2870.59 | .00 | 2870.59 |
| HSBC | SECURED | .00 | .00 | .00 |
| HSBC | MORTGAGE ARRE | 500.00 | .00 | 500.00 |
| CAPITAL ONE AUTO FINANCE | FILED LATE | .00 | .00 | .00 |
| ILLINOIS DEPT REVENUE | PRIORITY | 545.50 | .00 | 545.50 |
| ALLIED INTERSTATE | UNSECURED | NOT FILED | .00 | .00 |
| AMOCO OIL CO | UNSECURED | NOT FILED | .00 | .00 |
| AT&T MOBILITY LLC | UNSECURED | NOT FILED | .00 | .00 |
| CITIFINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CITY OF JOLIET | UNSECURED | 435.00 | .00 | 435.00 |
| CMS | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | NOT FILED | .00 | .00 |
| COMCAST | UNSECURED | NOT FILED | .00 | .00 |
| COMPUTER CREDIT | UNSECURED | NOT FILED | .00 | .00 |
| ORS | UNSECURED | NOT FILED | .00 | .00 |
| FASHION BUG | UNSECURED | NOT FILED | .00 | .00 |
| GMAC PAYMENT CENTER | UNSECURED | 8105.08 | .00 | 8105.08 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| J W HUTTON INC | UNSECURED | NOT FILED | .00 | .00 |
| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
| KCA FINANCIAL SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| MARATHON ASHLAND | UNSECURED | NOT FILED | .00 | .00 |
| MERRICK BANK | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 452.19 | .00 | 452.19 |
| NORTHWESTERN MEMORIAL HO | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA ST JOSEPH MEDICA | UNSECURED | NOT FILED | .00 | .00 |
| TIDEWATER CREDIT | UNSECURED | 11354.62 | .00 | 11354.62 |

```
UNITED COLLECTIONS         UNSECURED       NOT FILED             .00            .00
THE WISH CENTER            UNSECURED       NOT FILED             .00            .00
JOLIET FURNITURE MART      SECURED          3170.00              .00        3170.00
MCI                        UNSECURED       NOT FILED             .00            .00
HSBC                       SECURED              .00              .00            .00
THE CHICAGO DEPT OF REVE   UNSECURED         150.00              .00         150.00
ILLINOIS DEPT REVENUE      UNSECURED          19.80              .00          19.80
        Summary of disbursements:
------------------------------------------------------------------------------------
                    SECURED      PRIORITY    UNSECURED         OTHER         TOTAL
------------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  6540.59       545.50     20516.69            .00      27602.78
PRINCIPAL PAID      6540.59       545.50     20516.69            .00      27602.78
INTEREST PAID           .00           .00         .00            .00           .00
TOTAL PAID          6540.59       545.50     20516.69            .00      27602.78
```

The Debtor's attorney, GARY CORLEW                     , was allowed $       .00
and was paid $      .00 .

The Trustee received $   1167.10 .

Refunds to the Debtor totaled $    377.75 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


    Dated: 11/12/08                   /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                            PAGE   2
        CASE NO. 05 B 18936 WILLIE C TANZY & CANASTA TANZY